UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL SCHEUNEMAN,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,     Civil No. 11-10593
                                                            Hon. Avern Cohn

       Defendant.

_____/

## JUDGMENT OF DISMISSAL

The Court has reviewed the pleadings and the Report and Recommendation of the Magistrate Judge, and on this date concurred with and adopted the Report and Recommendation of the Magistrate Judge.

Now, therefore, IT IS ADJUDGED that defendant's motion for summary judgment is GRANTED, the plaintiff's motion summary judgment is DENIED and the case is DISMISSED.

                                                                             DAVID WEAVER

Dated: January 03, 2012         By: s/ Julie Owens
                                            Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 3, 2012, by electronic and/or ordinary mail.

                                                                  s/Julie Owens
                                                             Case Manager, (313) 234-5160