UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL SCHEUNEMAN,

        Plaintiff,

v.

                                    Civil No. 11-10593

COMMISSIONER OF SOCIAL SECURITY,      Hon. Avern Cohn

        Defendant.

_____/

## JUDGMENT OF DISMISSAL

The Court has reviewed the pleadings and the Report and Recommendation of the Magistrate Judge, and on this date concurred with and adopted the Report and Recommendation of the Magistrate Judge.

Now, therefore, IT IS ADJUDGED that defendant's motion for summary judgment is GRANTED, the plaintiff's motion summary judgment is DENIED and the case is DISMISSED.

                                  DAVID WEAVER

Dated: January 03, 2012          By: s/ Julie Owens_____
                              Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 3, 2012, by electronic and/or ordinary mail.

                          s/Julie Owens_____
                          Case Manager, (313) 234-5160